```
1   Kenneth W. Chadwick, WSBA #33509     HONORABLE EDWARD F. SHEA
2   Schultheis Tabler Wallace, PLLC
    56 C Street N.W.
3   P. O. Box 876
4   Ephrata, Washington 98823
    (509) 754-5264
5
6
7
8                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
9
10
11
    MIGUEL MARISCAL, JOSEFINA
12  MARISCAL, and CARMEN BRAVO,          No. CV-09-3003-EFS
13
             Plaintiff,
14                                       ORDER OF DISMISSAL WITH
15    vs.                                PREJUDICE
16  DENNIS JONES and LINDA JONES, a
    marital community; and HARVEY L.
17  JONES FARMS, INC.,
18
             Defendants.
19
20
21
         THIS MATTER having come regularly before the court pursuant to the
22
    parties' stipulation and agreement set forth above; the court having considered
23
    said stipulation and agreement as well as the records and files herein; and, the
24
25
    court being otherwise fully advised in the premises, the court orders that this
26
27
28  ORDER OF DISMISSAL WITH PREJUDICE - 1    SCHULTHEIS TABLER WALLACE, PLLC
                                                P.O. BOX 876   56 C STREET N.W.
                                                  EPHRATA, WASHINGTON 98823
                                                  TELEPHONE (509) 754-5264
                                                     FAX (509) 754-5835
```

matter is hereby DISMISSED WITH PREJUDICE and without fees or costs to any party.

ENTERED this 12th day of May, 2009

s/ Edward F. Shea
_____
HONORABLE EDWARD F. SHEA

Presented by:

SCHULTHEIS TABLER WALLACE, PLLC

_____
Kenneth W. Chadwick, WSBA #33509
Attorneys for Defendants

Approved as to form:

NORTHWEST JUSTICE PROJECT

_____
Blanca E. Rodriguez, WSBA #26121
Attorneys for Plaintiffs Mariscal

Approved as to form:

COLUMBIA LEGAL SERVICES

_____
Suresh Sampath, WSBA #41044
Lori Jordan Isley, WSBA #21724
Counsel for Plaintiff Bravo

ORDER OF DISMISSAL WITH PREJUDICE - 2

SCHULTHEIS TABLER WALLACE, PLLC
P.O. BOX 876    56 C STREET N.W.
EPHRATA, WASHINGTON 98823
TELEPHONE (509) 754-5264
FAX (509) 754-5835